**MEMORANDUM**
## TO THE HONORABLE SANDRA L. TOWNES
United States District Judge

RECEIVED
in Chambers of:
U.S. District Judge
SANDRA L. TOWNES

DEC - 5 2007

RE: Avi Dalmeida
DOCKET NO.: 07-CR-188-01

The Probation Department received a telephonic request for a copy of the defendant's presentence report from Manuel Gutierrez, an official of the Bureau of Prisons (BOP) who is conducting a psychiatric evaluation on the defendant, per the order of the Court.

As Your Honor is aware, it is the policy of the Administrative Office of the United States Courts and the Eastern District of New York Probation Office to not disclose confidential presentence reports except as authorized by the assigned judge. We have informed Mr. Gutierrez that we are awaiting a decision from Your Honor regarding the disclosure of the presentence report.

Respectfully Submitted,

TONY GAROPPOLO
CHIEF U.S. PROBATION OFFICER

Prepared by: *Michelle E____*
Michelle Espinoza
U.S. Probation Officer
(347) 534-3757

FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT ED N.Y.

★ DEC 2 8 2007 ★

P.M. Da Kehry
TIME A.M. _____

Date: December 6, 2007
Re: Ayi Dalmeida
DKT #: 07-CR-188-01

X The Probation Department is ordered to provide a copy of the presentence report to the BOP prior to sentencing.

____ The Probation Department is not to disclose the presentence report.

____ Other.

Comments: _____

_____

_____

s/ SLT
The Honorable Sandra L. Townes
United States District Judge

12/19/07
Date